≈AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 28 2008

JAMES W. ~~~~~~
By: _____

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:92CR00090-06 JLH |
| **MICHAEL REED RODGERS** ) | USM No: 19190-009 |
| ) | William Owen James, Jr. - appointed on March 24, 2008 |
| Date of Previous Judgment: April 29, 1993 ) | Defendant's Attorney |
| (Use Date of Last Amended Judgment if Applicable) | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of **360 mos. - Count 1ss** months is reduced to **324 mos. - Count 1ss**.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 42 | Amended Offense Level: | 40 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 360 to LIFE months | Amended Guideline Range: | 324 to 405 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Defendant's original sentence was 360 months on Count 1ss and 240 months on Count 3ss to run concurrently; with 60 months on Count 7ss to run consecutively to the sentence imposed on Counts 1ss and 3ss. The sentence reduction of 324 months is for Count 1ss only; the sentences imposed for Counts 3ss and 7ss remain the same.

Except as provided above, all provisions of the judgment dated **April 29, 1993** shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 28, 2008

_____
Judge's signature

Effective Date: July 28, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title