**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                            PLAINTIFF

v.                                              No. 4:92CR00090-06 JLH

MICHAEL REED RODGERS                                                                               DEFENDANT

## ORDER

Michael Reed Rodgers has filed a motion for reconsideration or, in the alternative, a notice of appeal with respect to the order of this Court reducing his sentence from 360 months to 324 months pursuant to Amendment 706 to the Guidelines and 18 U.S.C. § 3582(c)(2). In the motion for reconsideration, Rodgers correctly notes that the Court did not consider the possibility of reducing his sentence further than the lower end of the amended Guidelines. At the time Rodgers was sentenced, the Guidelines were deemed mandatory, so, if the new guidelines relating to crack cocaine had been in effect at that time, the lowest sentence he would have received would have been 324 months. Although the guidelines were deemed to be advisory in *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed. 2d 621 (2005), *Booker* does not apply to criminal convictions that became final before that decision was announced. *Never Misses a Shot v. United States*, 413 F.3d 781, 783 (8th Cir. 2005). Therefore, the motion for reconsideration is DENIED. Document #315.

Rodgers has also filed a motion for extension of time to file a notice of appeal pursuant to Rule 4(b)(4) of the Federal Rules of Appellate Procedure. Rodgers says that he did not receive a copy of the order until after the time for filing an appeal had expired. For good cause shown, the motion for extension of time is GRANTED. Document #316.

The Court directs the Clerk to process Rodgers's motion for reconsideration or, in the alternative, notice of appeal as a notice of appeal. That notice of appeal was filed on August 27, 2008. The time for filing a notice of appeal is hereby extended up to and including August 27, 2008.

IT IS SO ORDERED this 28th day of August, 2008.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE