Order Regarding Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(2)

## UNITED STATES DISTRICT COURT
### Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 05 2014

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| V. | | |
| Michael Rodgers | Case Number: | 4:92CR00090-06-JLH |
| | USM | 21032-077 |

**Date of Original Judgment:**  April 29, 1993

**Date of Previous Amended Judgment:** July 28, 2008   N/A
*(Use Date of Last Amended Judgment if Any)*   Defendant's Attorney

### ORDER REGARDING MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(C)(2)

Upon motion of  ☐ the defendant  ☐ the Director of the Bureau of Prisons  **X** the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.
  **X** GRANTED and the defendant's previously imposed sentence of imprisonment of
    384 months **is reduced to 322 months.**

Except as provided above, all provisions of the judgment dated April 29, 1993 will remain in effect.

**IT IS SO ORDERED.**

Order Date: Nov. 5, 2014

_____
United States District Judge

Effective Date: November 1, 2015
   (If different from order date)